UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAMON PAYNE, ERIC MCGOWAN, JADA WILLIAMS, JOHNNIE WILLIAMS AND SUZZETTE WILLIAMS | * * * * | CIVIL ACTION NO: _____ <br> JUDGE: _____ |
| VERSUS | * * | MAGISTRATE: _____ |
| GREAT WEST CASUALTY COMPANY, TERRY JAMES AND NU-WAY SPECIALIZED, INC. | * * * | JURY TRIAL REQUESTED |

## NOTICE OF REMOVAL

**TO:** Plaintiffs, Damon Payne, Eric McGowan,
Jada Williams, Johnnie Williams, and Suzette Williams,
through their attorneys of record,
Michael D. Riley and Kevin M. Riley,
833 Baronne Street,
New Orleans, LA 70113

**PLEASE TAKE NOTICE**, GREAT WEST CASUALTY COMPANY and NU-WAY SPECIALIZED SERVICES, INC. (incorrectly listed as Nu-Way Specialized, Inc.), defendants in a certain proceeding entitled and numbered cause in the Civil District Court in and for the Parish of Orleans, State of Louisiana, bearing Docket No. 2018-01459 and entitled *Damon Payne, Eric McGowan, Jada Williams, Johnnie Williams and Suzette Williams v. Great West Casualty Company, Terry James and Nu-Way Specialized, Inc.*, file this Notice of Removal and hereby remove this action to the United States District Court in and for the Eastern District of Louisiana. A copy of this Notice of Removal is being served upon, Michael D. Riley and Kevin M. Riley, as counsel of records for the plaintiffs, and a copy of this Notice of Removal is also being filed with the Clerk of Court of the above referenced State court in conformity with 28 U.S.C. § 1446(d). In addition, pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and/or orders served upon these defendants are attached hereto as Exhibit 1.

These defendants respectfully submit that the grounds for removal of this matter are as follows:

I.

The plaintiffs filed a Petition for Damages entitled *Damon Payne, Eric McGowan, Jada Williams, Johnnie Williams and Suzette Williams v. Great West Casualty Company, Terry James and Nu-Way Specialized, Inc.*, on or about February 15, 2017, in the Civil District Court in and for the Parish of Orleans, State of Louisiana. On or about February 28, 2018, the Citation and Petition for Damages to Great West Casualty Company was served upon the Louisiana Secretary of State, and a copy of the Citation and Petition was then sent out to Great West Casualty Company by the Louisiana Secretary of State on or about March 1, 2018. Great West Casualty Company received the aforementioned Citation and Petition on or about March 12, 2018. A copy of the of the Citation and Petition to "Nu-Way Specialized, Inc." was sent out to George Wood, registered agent for Nu-Way Specialized Services, Inc., via Louisiana Long Arm Statute and received by Erin Rogers at Mr. Wood's office. (See filing letter and attached Affidavit with Exhibit attached hereto as Exhibit 2.) Terry James has not been served with the Citation and Petition in this matter. According to attorney Michael Riley's office, Mr. James was not served via the long arm statute, as the attempt at long arm service was returned non-deliverable.

II.

The plaintiff sets forth a claim for damages arising out of an alleged accident occurring on or about March 18, 2017 on I-10 East at the Almonaster exit, State of Louisiana. The plaintiffs allege in their Petition that each of them has sustained various personal injuries as a result of this accident.

III.

In their Petition, the plaintiffs assert that Damon Payne, Eric McGowan, and Jada Williams are residents of Jefferson Parish, Louisiana, and Johnnie Williams and Suzzett Williams are residents of Orleans Parish, Louisiana. As to the defendants, the plaintiffs assert that Great West Casualty Company is a foreign insurance company; Terry James is a resident of the City of New Braunfels in Texas; and Nu-Way Specialized, Inc., "is a foreign corporation, with its principal business establishment in the City of Bloomington, State of Illinois." Petition for Damages, ¶ I. These defendants submit that Nu-Way Specialized Services, Inc., is incorporated, and has its principal place of business, in Illinois.

IV.

With regard to the specific injuries and damages being alleged, in relevant part, Jada Williams claims that as a result of this accident she sustained:

   A. Cervical, lumbar and thoracic strains;
   B. Slap tear of the glenoid labrum of right shoulder;
   C. Cervical dis (sic) herniation; [and]
   D. Emotional upset and distress (sic).

(See ¶ V of the Petition.) Additionally, Johnnie Williams claims that as a result of this accident he sustained:

   A. Cervical strain;
   B. Thoracic strain;
   C. Lumbar strain;
   D. Left shoulder strain with rotator cuff tear;
   E. Contusion of the right hand;
   F. Right knee sprain/contusion with torn medial meniscus (sic); [and]
   G. Emotional upset and distress (sic).

(See ¶ V of the Petition.)

V.

Under Louisiana law, the plaintiffs are not permitted to state a specific amount being

claimed in damages. Nevertheless, these defendants submit that the allegations of Jada Williams show the amount in controversy for her alleged injuries and damages is greater than $75,000, exclusive of interest and costs, as required for this Court to have jurisdiction in this matter. 28 U.S. Code § 1332(a). Additionally, these defendants submit that the allegations of Johnnie Williams also show the amount in controversy for his alleged injuries and damages is greater than $75,000, exclusive of interest and costs. 28 U.S. Code § 1332(a).

## VI.

Because there is diversity of citizenship between the parties, and because the amount in controversy sought between Jada Williams, and/or Johnnie Williams, and the defendants is greater than $75,000, exclusive of interest and costs, this Court has jurisdiction over Jada the action of Jada Williams and/or Johnnie Williams pursuant to 28 U.S.C. § 1332. Additionally, to the extent this Honorable Court may not have original jurisdiction of the claims of any of the other plaintiff, this Court has supplemental jurisdiction over said claims pursuant to 28 U.S.C. § 1367. Accordingly, this entire action may be removed to this Court pursuant to 28 U.S.C. § 1441.

WHEREFORE, these defendants pray this Notice of Removal be deemed good and sufficient and that the plaintiffs' civil action filed in the Civil District Court ibn and for the Parish of Orleans, State of Louisiana, bearing Docket No. 2018-01459 and entitled *Damon Payne, Eric McGowan, Jada Williams, Johnnie Williams and Suzette Williams v. Great West Casualty Company, Terry James and Nu-Way Specialized, Inc.,*, be removed from the Civil District Court for the Parish of Orleans, State of Louisiana, to this Honorable Court for jury trial and determination as provided by law and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in such civil action from such State Court and, thereupon, proceed with the civil action as if it had been

commenced originally in this Honorable Court.

Respectfully submitted

**The Dill Firm, A.P.L.C.**

BY: /s/ David P. Vial II
_____
JAMES M. DILL (Bar No. 18868)
DAVID P. VIAL II (Bar No. 29515)
825 Lafayette Street
Post Office Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408
Facsimile: (337) 261-9176
Email: Jdill@dillfirm.com
Email: Dvial@dillfirm.com
ATTORNEYS FOR GREAT WEST CASUALTY
COMPANY AND NU-WAY SPECIALIZE
SERVICES, INC.

## **CERTIFICATE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon counsel for all parties to this proceeding by U.S. mail, facsimile, and/or electronic mail.

Lafayette, Louisiana, this 28th day of March, 2017.

/s/ David P. Vial II
_____
DAVID P. VIAL II