UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAMON PAYNE, ERIC MCGOWAN, JADA WILLIAMS, JOHNNIE WILLIAMS AND SUZZETTE WILLIAMS | * * * * * | CIVIL ACTION NO: 2:18-cv-03345 |
| | | JUDGE: LANCE M. AFRICK |
| VERSUS | * * | MAGISTRATE: MICHAEL NORTH |
| GREAT WEST CASUALTY COMPANY, TERRY JAMES AND NU-WAY SPECIALIZED, INC. | * * * | JURY TRIAL REQUESTED |
| | | THIS PERTAINS TO "ALL CASES" |

STATUS REPORT ON BEHALF OF GREAT WEST CASUALTY COMPANY, TERRY JAMES, AND NU-WAY SPECIALIZED SERVICES, INC.

NOW INTO COURT, through undersigned counsel, come TERRY JAMES, NU-WAY SPECIALIZED SERVICES, INC. (incorrectly listed as "Nu-Way Specialized Services"), and GREAT WEST CASUALTY COMPANY, who provide the following status report:

(1) **Parties and Representation:**

   a. Rod Pickens, Johnnie Williams, Jada Williams, and Suzette Williams are represented by D. Patrick Keating (The Keating Law Group);

   b. Damon Payne and Eric McGowan are represented Michael D. Riley (Michael Riley and Associates);

   c. Terry James, Nu-Way Specialized Services, Inc., and Great West Casualty Company are represented by James M. Dill and David P. Vial II (The Dill Firm, APLC); and

   d. Gemini Insurance Company has been named as a defendant, but has not been served, in this matter.

(2) **<u>Pending Motions:</u>**

These defendants' counsel is not aware of any pending motion in this matter.

(3) **<u>Pending Conferences:</u>**

This matter is currently set for a status conference for October 16, 2018 at 9:00 am, which counsel may attend by telephone if this Court is provided with the name and phone number of counsel who will participate in the conference. No other status conference is currently set.

A pre-trial conference is set for February 13, 2019 at 9:00 am. The jury trial is currently set to begin on March 18, 2019 at 9:00 am, and it is expected to last at least 5 days.

(4) **<u>Factual and Legal Issues:</u>**

To the extent it may be necessary, these defendants reserve the right to revise, amend and/or supplement the legal issues in this matter, but, at present, these defendants submit that the factual and legal issues are as follows:

    a. How the accident occurred;

    b. Whether Terry James bears any fault for the accident, and, if so, how much;

    c. Whether Johnnie Williams bears any fault for the accident, and, if so, how much;

    d. Whether the various plaintiffs sustained any injuries as a result of the accident, and, if so, what is the nature and extent of such injuries; and

    e. Whether the various plaintiffs sustained any damages as a result of the accident, and, if so, what is the nature and extent of such damages.

(5) **Discovery Remaining to be Done**:

Plaintiffs, Rod Pickens, Jada Williams, Johnnie Williams, and Suzzette Williams obtained service of their Petition for Damages upon Nu-Way Specialized Services, Inc., on September 4, 2018, and upon Terry James on September 5, 2018. These defendants, Terry James, Nu-Way Specialized Services, Inc., and Great West Casualty Company, then removed the aforementioned plaintiffs' lawsuit to this Court and subsequently filed their answer in this Court. The parties then filed a joint motion to consolidate the case of *Rod Pickens, et al v. Great West Casualty Company, et al*, No. 18-8748 with the case of *Damon Payne, et al v. Great West Casualty Company, et al*, No. 18-3345. This Court ordered the consolidation of the aforementioned matters on October 1, 2018.

The parties are in the early stage of discovery, with these defendants, Great West Casualty Company, Terry James, and Nu-Way Specialized Services, Inc., having received the discovery responses of the various plaintiffs, which will need to be supplemented. These defendants' counsel is working on, but has not yet provided, response to the interrogatories propounded by Rod Pickens, Jada Williams, Johnnie Williams and Suzzette Williams. The aforementioned plaintiffs have not propounded any requests for production of documents to this point. Damon Payne and Eric McGowan propounded interrogatories and requests for production of documents to these defendants on October 3, 2018, and these defendants' counsel is also working on, but has not yet provided, responses to said discovery.

The depositions of the various plaintiffs have been set. However, due to the number of plaintiffs involved and having to find available dates for all of the plaintiffs and counsel, the depositions of the plaintiffs have had to be set on various dates in

October and November. Counsel is working to get the deposition of Terry James, who lives out of state, set, but no such deposition has been set yet.

The various injuries, and treatment of said injuries, alleged by the plaintiffs as resulting from the accident in this matter involves numerous medical care providers. These defendants have an extensive amount of the plaintiffs' records, but these defendants still need to obtain additional records, both medical and otherwise. These defendants' have started working on obtaining these needed records related to the respective plaintiffs.

Jada Williams underwent surgery allegedly for an injury related to this accident without these defendants being given the opportunity to have an independent medical evaluation performed upon her. These defendants have subsequently been able to obtain an IME related to Rod Pickens prior to him having surgery. All of the plaintiffs continue to treat, and it is possible that one or more IMEs may need to be performed related to the remaining plaintiffs.

The parties have not set any of the depositions of the various medical care providers, nor of any experts, as the parties are not at a point where this can be done.

At the prior status conference on September 11, 2018, counsel explained to this Court's case manager that a later trial date was needed in order to allow enough time to be able to take the necessary steps in order to get the second lawsuit removed and consolidated and then get the consolidate matter, which would involve claims from six different plaintiffs, ready for trial. However, the aforementioned case manager informed counsel that she could not set the trial date out any later than six months.

These defendants' counsel respectfully submit that a later trial date is needed because the current trial setting and resulting scheduling deadlines do not permit the parties enough time to get this matter ready for trial, particularly when considering the number of plaintiffs involved; the plaintiffs' continuing treatment; the extensive amount of medical records; the additional medical, and other, records needing to be obtained; and the numerous amount of medical care providers involved in the treatment.

(6) **Status of Settlement Negotiations**:

The defendants have requested settlement demands from counsel for the various plaintiffs, but no such demands have been provided to this point, as the plaintiffs continue to treat. There have been no settlement negotiations.

Respectfully submitted

**The Dill Firm, A.P.L.C.**

BY: /s/ James M. Dill
_____
JAMES M. DILL (Bar No. 18868)
DAVID P. VIAL II (Bar No. 29515)
825 Lafayette Street
Post Office Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408
Facsimile: (337) 261-9176
Email: Jdill@dillfirm.com
Email: Dvial@dillfirm.com
ATTORNEYS FOR GREAT WEST CASUALTY COMPANY, NU-WAY SPECIALIZED SERVICES, INC., AND TERRY JAMES

## **CERTIFICATE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon counsel for all parties to this proceeding by U.S. mail, facsimile, and/or electronic mail.

Lafayette, Louisiana, this 9th day of October, 2018.

/s/ James M. Dill
_____
JAMES M. DILL