UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAMON PAYNE, ERIC MCGOWAN, JADA WILLIAMS, JOHNNIE WILLIAMS AND SUZZETTE WILLIAMS | * * * * * | CIVIL ACTION NO:      18-3345<br>ALL CASES          c/w 18-8748<br>SECTION: "I" (5) |
| VERSUS | * * | JUDGE LANCE M. AFRICK |
| GREAT WEST CASUALTY COMPANY, TERRY JAMES AND NU-WAY SPECIALIZED, INC. | * * * * | MAGISTRATE JUDGE MICHAEL NORTH<br><br>JURY TRIAL REQUESTED |

RESPONSE IN AGREEMENT WITH CONTINUANCE BUT OPPOSING ALTERNATIVE SCHEDULING DATES IN PLAINTIFFS "UNOPPOSED MOTION TO CONTINUE TRIAL ALTERNATIVELY, MOTION TO EXTEND CUTOFF DATES"

NOW INTO COURT, through undersigned counsel, come these defendants, TERRY JAMES, NU-WAY SPECIALIZED SERVICES, INC. (incorrectly listed as "Nu-Way Specialized INC."), and GREAT WEST CASUALTY COMPANY, who submit the follow response to the plaintiffs' "Unopposed Motion to Continue Trial Alternatively, Motion to Extend Cutoff Dates":

These defendants are in agreement with the plaintiffs' request to continue this matter, as these defendants also agree that a continuance of the trial currently set for March 18, 2019 is necessary in order for all parties to have enough time to adequately prepare for trial.

The parties are in the process of getting the plaintiffs' depositions completed, with three of the plaintiffs' depositions having been taken, and the remaining three being set and to be completed by November 12. The parties are working on setting some of the plaintiffs' various doctors' depositions, as some of the doctors have provided available deposition dates. However,

we are still waiting on deposition dates from other doctors and will likely need to set additional doctors' depositions depending on the continuing treatment of the plaintiffs.

As to the plaintiffs' suggested scheduling deadlines, these deadlines were not discussed at all and these defendants' attorney did not agree to any of these deadlines. These defendants' attorney specifically notes that in the current scheduling order set by this Court, the defendants are given 29 days after the plaintiffs provide their expert report(s) to then provide the report(s) from the defendants' expert(s). However, the plaintiffs are now suggesting this Court cut the defendants' time down to 15 days to provide the aforementioned report(s). The defendants did not, and do not, agree to any such proposed deadline.

The plaintiffs' counsel has since contacted these defendants' attorney, and also sent a letter to this Court, indicating that he had erred in drafting the motion.

These defendants request this Court continue the trial and set new scheduling deadlines accordingly. These defendants further ask this Court deny the plaintiffs' alternative requests for scheduling deadlines. In the alternative, if this Court is not going to continue the trial, but is going to permit the plaintiffs to extend their reports deadline, the defendants would ask this Court to set new scheduling deadlines that allow appropriate time for the defendants' to provide expert report(s) and/or otherwise respond as permitted.

        Respectfully submitted

        **The Dill Firm, A.P.L.C.**

BY:   /s/ James M. Dill
        _____
        JAMES M. DILL (Bar No. 18868)
        DAVID P. VIAL II (Bar No. 29515)
        825 Lafayette Street
        Post Office Box 3324
        Lafayette, Louisiana 70502-3324
        Telephone: (337) 261-1408
        Facsimile: (337) 261-9176
        Email: Jdill@dillfirm.com
        Email: Dvial@dillfirm.com
        ATTORNEYS FOR GREAT WEST CASUALTY
        COMPANY, NU-WAY SPECIALIZED
        SERVICES, INC., AND TERRY JAMES

## **CERTIFICATE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon counsel for all parties to this proceeding by U.S. mail, facsimile, and/or electronic mail.

Lafayette, Louisiana, this 6th day of November, 2018.

        /s/ James M. Dill
        _____
        JAMES M. DILL