UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAMON PAYNE, ERIC MCGOWAN,** | * | **CIVIL ACTION NO. 18-cv-3345** |
| **JADA WILLIAMS, JOHNNIE WILLIAMS,** | * | |
| **SUZZETTE WILLIAMS** | * | |
| | * | **JUDGE AFRICK** |
| **VERSUS** | * | |
| | * | **MAGISTRATE NORTH** |
| **GREAT WEST CASUALTY COMPANY,** | * | |
| **TERRY JAMES AND NU-WAY** | * | |
| **SPECIAILIZED, INC.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Johnnie Williams, Suzette Williams, Jada Williams and Rod Pickens, (hereinafter sometimes referred to as "Plaintiffs") who submit the following list of witnesses who may be called at trial:

1. Johnnie Williams

2. Suzette Williams

3. Jada Williams

4. Rod Pickens

5. Eric McGowen

6. Damon Payne

7. Terry James

8. Willie Honroe

9. NOPD Officer Jameson Diesburg

10. Dr. Peter Lietchy
    One Spine Institute
    3530 Houma Blvd., Suite 202
    Metairie, LA 70006

11. Dr. Eric Lonseth
    Lonseth Interventional Pain Medicine
    4213 Teuton Street
    Metairie, LA 70006

12. Dr. Rand M. Voorhies
    Southern Brain & Spine
    3798 Veterans Blvd., Suite 200
    Metairie, LA 70002

13. Dr. Scott Buhler and/or
    Representative of Crescent City Surgical Center
    3017 Galleria Drive
    Metairie, LA 70001

14. Dr. Jason Kenney
    N.O. East Rehab
    9810 Lake Forest Blvd., Suite 103
    New Orleans, LA 70127

15. Representative of Diagnostic Imaging Services
    4241 Veterans Blvd., Suite 200
    Metairie, LA 70006

16. Representative of Westbank Health Care Center
    4432 Wabash Street
    Metairie, LA 70001

17. Dr. Bradley Bartholomew
    2600 North Hullen Street
    Metairie, La. 70002

18. Representative of Crescent View Surgery Center
    3434 Houma Bld., Suite 300
    Metairie, La 70006

19. Representative of Omega Hospital
    2525 Severn Ave.
    Metairie, La 70002

20. Dr. David J. Barczyk
    Barczyk Biomechanics Institute
    730 Colonial Dr., Suite AB
    Baton Rouge, LA 70806

21. Any witness necessary for authentication

22. Any witness necessary for impeachment or rebuttal

23. Any witness listed by any other party

Respectfully submitted,

**NUGENT KEATING PERSONAL INJURY LAW**

_/s/ *Simone R. Nugent*_____
D. Patrick Keating (#27825)
Simone R. Nugent (#34409)
3300 Canal Street, Ste. 100
New Orleans, LA 70119
(504) 513-3333 (Phone)
(877) 565-2570 (Fax)
simone@keatinglawgroup.legal
patrick@keatinglawgroup.legal

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, through the CM/ECF system, depositing a copy of same in the United States mail, first class mail, postage prepaid, by hand delivery or by facsimile transmission, this 12th day of August.

                              ___/s/ *Simone R. Nugent*_____
                              SIMONE R. NUGENT